# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ALTAMEASE M. HAYES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 3:18-CV-939-M-BK |
| | § | |
| RESIDENTIAL MORTGAGE LOAN | § | |
| TRUST 2013-TT2, BY U.S. BANK | § | |
| NATIONAL ASSOCIATION, NOT IN | § | |
| ITS INDIVIDUAL CAPACITY, BUT | § | |
| SOLELY AS LEGAL TITLE TRUSTEE, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's case is **DISMISSED WITH PREJUDICE**.

SO ORDERED this 23rd day of September, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE